**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.	Case No. 3:14-cv-1135-J-34JRK

HERBERT HAGANS, JR.,

        Defendant.

_____

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 14; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on March 27, 2015. In the Report, Magistrate Judge Klindt recommends that Plaintiff's Motion for Default Judgment (Dkt. No. 10) be granted. See Report at 7. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 14) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Default Judgment (Dkt. No. 10) is **GRANTED**.

3. The Clerk of the Court is directed to enter judgment in favor of Plaintiff United States of America, and against Defendant Herbert Hagans, Jr., for principal in the amount of $1,300.00, together with accrued interest in the amount of $1,590.27, as of June 16, 2014, plus interest on the total principal amount accruing thereafter at the rate of 5 percent per annum until the date of judgment; interest from the date of judgment at the legal rate set forth in 28 U.S.C. § 1961 until paid in full; and costs in the amount of $400.00, which if recovered from Defendant, shall be made available to the judiciary.

4. The Clerk of the Court is further directed to terminate any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of April, 2015.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record

Herbert Hagans, Jr.
9311 Hawkeye Drive
Jacksonville, FL 32221